IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY D. REAVES                             *

v.                                          *       CIVIL ACTION NO. WDQ-11-1535

REGIONAL OFFICES DEPARTMENT OF              *
VETERANS AFFAIRS

..oOo..

**MEMORANDUM**

The Court is in receipt of Larry D. Reaves's *pro se* complaint. Plaintiff's complaint is not a model of clarity and is extremely difficult to read, with most of the complaint being illegible. As best the Court can discern, Reaves sues the Department of Veterans Affairs because money was "embezzled" from Plaintiff's account. Plaintiff seeks $900,000,000.00 in compensatory damages and $900,000.00 in unspecified damages. Plaintiff also has filed a motion for leave to proceed in forma pauperis which shall be granted pursuant to 28 U.S.C. § 1915(a).

A complaint that is totally implausible or frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Accordingly, this complaint is dismissed for lack of subject matter jurisdiction. A separate order follows.

_6/8/11_  
Date

William D. Quarles, Jr.  
United States District Judge